602        APPELLATE COURTS OF ILLINOIS.

Bosley Brothers v. Lawndale Iron & Wire Works, 205 Ill. App. 602.

## Bosley Brothers, Appellee, v. Lawndale Iron & Wire Works, Appellant.

### Gen. No. 22,457.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. THOMAS TAYLOR, JR., Judge, presiding. Heard in the Branch Appellate Court at the March term, 1916. Affirmed. Opinion filed May 29, 1917.

### Statement of the Case.

Action on a note by Bosley Brothers, a corporation, plaintiff, against the Lawndale Iron & Wire Works, a corporation, defendant. From a judgment for plaintiff for four hundred dollars, defendant appeals.

PADORR & ROSENBLATT, for appellant.

SONNENSCHEIN, BERKSON & FISHELL, for appellee.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 1173*—*what questions of law not reviewable where no propositions of law are submitted.* Where a case was tried by the court without a jury and no propositions of law were submitted, questions of law not arising on rulings on the evidence are not reviewable.

2. APPEAL AND ERROR, § 1414*—*when finding of trial court not disturbed.* In an action on a note, where the evidence whether certain other notes were delivered as payment of the note in suit or as collateral security therefor is conflicting, the trial court's finding thereon will not be disturbed.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.